Ismail Ramsey (CSB 189820)
izzy@ramsey-ehrlich.com
Amy E. Craig (CSB 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 phone
(510) 291-3060 fax

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff;<br><br>vs.<br><br>IVAN SPEED,<br><br>        Defendant. | Case No.: CR-14-00643-EMC<br><br>STIPULATION AND [PROPOSED] ORDER SEVERING IVAN SPEED'S CASE FROM CONSOLIDATED CASES AND SETTING A DATE FOR SENTENCING |

**<u>STIPULATION</u>**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. On September 24, 2015, the case *United States v. Ivan Speed*, Case No. 13-CR-00753, was consolidated, along with other reassigned cases, under the case *United States v. Matthew Mumphrey, et al.*, Case No. 14-CR-643 EMC, for the purposes of hearing a selective prosecution motion to be filed on behalf of defendants in the reassigned cases.

2. Ivan Speed was found guilty on drug charges at a trial on June 3, 2014.  The Court vacated Mr. Speed's original June 24, 2015 sentencing date pending the outcome of a

- 1 -

selective enforcement/prosecution proceeding involving Mr. Speed and other defendants who were arrested by the Operation Safe Schools Task Force.

3. Mr. Speed no longer intends to file or join in the selective prosecution motion filed on behalf of certain defendants who were arrested by the Operation Safe Schools Task Force.

4. Mr. Speed wishes to move forward with sentencing at this time. Mr. Speed asks that the Court schedule his sentencing for January 20, 2016. The government and the probation office are available on this date and have no objections to this request.

5. Accordingly, Mr. Speed requests that his case be severed from the consolidated matters, and that his original case be scheduled for sentencing before the Honorable Judge Edward Chen.

IT IS SO STIPULATED.

DATED: December 2, 2015

BRIAN J. STRETCH
Acting United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

DATED: December 2, 2015

/s/
WILSON LEUNG
KIMBERLY HOPKINS
Assistant United States Attorneys

DATED: December 2, 2015

/s/
ISMAIL RAMSEY
AMY CRAIG
Ramsey & Ehrlich LLP
Counsel for Ivan Speed

- 2 -

STIPULATION AND PROPOSED ORDER SEVERING CASE AND SETTING DATE FOR SENTENCING
CR-14-00643-EMC

**[PROPOSED] ORDER**

Upon the stipulation of the parties, and good cause being found, IT IS HEREBY ORDERED that *United States v. Ivan Speed*, Case No. 13-CR-00753 EMC be severed from the cases consolidated under *United States v. Matthew Mumphrey, et al.,* Case No. 14-CR-643 EMC, and that Mr. Speed's case be scheduled for sentencing on January 20, 2016, before this Court.

IT IS SO ORDERED.

DATED:

_____
HON. EDWARD M. CHEN
United States District Judge