# Exhibit 1

MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
LLOYD FARNHAM (CABN 202231)
SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7027
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IVAN SPEED,<br><br>    Defendant. | Case No. 13-CR-753 EMC<br><br>**DECLARATION OF SARAH HAWKINS IN SUPPORT OF UNITED STATES' MOTION** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID MADLOCK and MATTHEW MUMPHRY,<br><br>    Defendants. | Case No. 14-CR-643 EMC |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LATONYA CAREY,<br><br>    Defendant. | Case No. 15-CR-004 EMC |

DECLARATION OF SARAH HAWKINS
CASE NO. 13-CR-753 EMC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>CRYSTAL ANTHONY,<br>          Defendant. | Case No. 15-CR-005 EMC |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>DARELL POWELL,<br>          Defendant. | Case No. 15-CR-006 EMC |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>DARLENE ROUSE,<br>          Defendant. | Case No. 15-CR-027 EMC |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>ACACIA McCNEAL,<br>          Defendant. | Case No. 15-CR-028 EMC |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>ANITA DIXON and ERWIN MACKEY,<br>          Defendants. | Case No. 15-CR-043 EMC |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>ERWIN MACKEY,<br>          Defendant. | Case No. 15-CR-138 EMC |

DECLARATION OF SARAH HAWKINS
CASE NO. 13-CR-753 EMC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　v.<br>AARON MATHEWS,<br>　　　Defendant. | Case No. 15-CR-049 EMC |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　v.<br>NIJAH REED,<br>　　　Defendant. | Case No. 15-CR-050 EMC |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　v.<br>TIANA REDDIC,<br>　　　Defendant. | Case No. 15-CR-052 EMC |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　v.<br>TIFFANY CROSS,<br>　　　Defendant. | Case No. 15-CR-059 EMC |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　v.<br>SHOLANDA ADAMS,<br>　　　Defendant. | Case No. 15-CR-070 EMC |

DECLARATION OF SARAH HAWKINS
CASE NO. 13-CR-753 EMC

1    I, Sarah Hawkins, declare and state as follows:

2    1.    I am an Assistant United States Attorney currently assigned to the General Crimes

3  Section of the United States Attorney's Office for the Northern District of California. I do not have the

4  authority to commence a federal prosecution. Instead, I make recommendations to my supervisors in the

5  Section or in the Criminal Division regarding federal prosecutions. Once prosecutions are approved, I

6  present the cases to the federal grand jury and litigate those cases in district court.

7    2.    I recommended federal prosecution of the following defendants Operation Safe Schools

8  Defendants currently before this Court.

9        a.    David Madlock and Mathew Mumphrey, CR 14-0643 EMC

10       b.    Latonya Carey, CR 15-0004 EMC

11       c.    Crystal Anthony, CR 15-0005 EMC

12       d.    Darlene Rouse, CR 15-0027 EMC

13       e.    Anita Dixon and Erwin Mackey, CR 15-0043 EMC

14       f.    Aaron Mathews, CR 15-0049 EMC

15       g.    Tiffany Cross, CR 15-0059 EMC

16       h.    Sholanda Adams, CR 15-0070 EMC

17   3.    In addition to the defendants currently before this Court, I recommended federal

18  prosecution of the following defendants as part of Operation Safe Schools.

19       a.    Irisha Smith, CR 14-0641 WHA

20       b.    Holbert Lee, CR 15-0056 EMC

21   4.    For each case listed above, I recommended federal prosecution because in my review of

22  the evidence each individual's conduct constituted a violation of Sections 841(a)(1) and 860 of Title 21

23  of the United States Code, and the admissible evidence was probably sufficient to obtain and sustain a

24  conviction.

25   5.    For each case listed in paragraphs 2 and 3 above, I was provided an account of the

26  individual's conduct memorialized in a Drug Enforcement Administration Form 6, surveillance video of

27  drug buys taken by the San Francisco Police Department, and the criminal history of the defendant. I

28  reviewed this evidence for each defendant and recommended prosecution based on my assessment of the

1   conduct contained therein. I did not consider the defendant's race in my review of the evidence or in my

2   determination to prosecute any individual.

3       6.      The government is lodging the surveillance video for each of the above-referenced cases

4   as an attachment to this motion. I affirm that the videos provided are true and accurate copies of the

5   videos that I received from DEA and reviewed prior to recommending federal prosecution of the above-

6   listed defendants.

7       7.      After reviewing the evidence, I submitted each proposed indictment to a supervisor for

8   review.

9       8.      I submitted proposed indictments for review in the following cases to Assistant United

10  States Attorney Daniel Kaleba, who is the Deputy Chief of the General Crimes Section:

11          a.      Crystal Anthony, CR 15-0005 EMC

12          b.      Darlene Rouse, CR 15-0027 EMC

13          c.      Anita Dixon and Erwin Mackey, CR 15-0043 EMC

14          d.      Aaron Mathews, CR 15-0049 EMC

15          e.      Tiffany Cross, CR 15-0059 EMC

16          f.      Sholanda Adams, CR 15-0070 EMC

17  AUSA Kaleba approved these indictments.

18      9.      I submitted proposed indictments for review in the following cases to Assistant United

19  States Attorney Kevin Barry, who is the Chief of the General Crimes Section:

20          a.      David Madlock and Mathew Mumphrey, CR 14-0643 EMC

21          b.      Latonya Carey, CR 15-0004 EMC

22  AUSA Barry approved these indictments.

23      10.     I did not participate in the charging decisions involving the Operation Safe Schools cases

24  that were submitted to Assistant United States Attorney Lloyd Farnham. AUSA Farnham did not

25  participate in the charging decisions in any Operation Safe Schools cases listed in paragraphs 2 and 3

26  that were submitted to me for review.

27      I declare under penalty of perjury that the foregoing is true and correct.

28      Executed on July ___, 2015, in San Francisco, California.

DECLARATION OF SARAH HAWKINS
CASE NO. 13-CR-753 EMC                          2

SARAH HAWKINS
Assistant United States Attorney

1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | J. DOUGLAS WILSON (DCBN 412811)
LLOYD FARNHAM (CABN 202231)

5 | SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

6

7 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6973

8 | FAX: (415) 436-7027
Lloyd.Farnham@usdoj.gov

9

Attorneys for United States of America

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,          Case No. 13-CR-753 EMC

                 Plaintiff,          **DECLARATION OF LLOYD FARNHAM**
16                                    **IN SUPPORT OF UNITED STATES'**
         v.                          **MOTION**
17
   IVAN SPEED,
18
                 Defendant.
19

20 | UNITED STATES OF AMERICA,          Case No. 14-CR-643 EMC

                 Plaintiff,
21
         v.
22
   DAVID MADLOCK and MATTHEW
23 | MUMPHRY,

                 Defendants.
24

25 | UNITED STATES OF AMERICA,          Case No. 15-CR-004 EMC

                 Plaintiff,
26
         v.
27
   LATONYA CAREY,
28
                 Defendant.

DECLARATION OF LLOYD FARNHAM
CASE NO. 13-CR-753 EMC

UNITED STATES OF AMERICA,
     Plaintiff,

    v.

CRYSTAL ANTHONY,
     Defendant.

Case No. 15-CR-005 EMC

UNITED STATES OF AMERICA,
     Plaintiff,

    v.

DARELL POWELL,
     Defendant.

Case No. 15-CR-006 EMC

UNITED STATES OF AMERICA,
     Plaintiff,

    v.

DARLENE ROUSE,
     Defendant.

Case No. 15-CR-027 EMC

UNITED STATES OF AMERICA,
     Plaintiff,

    v.

ACACIA McCNEAL,
     Defendant.

Case No. 15-CR-028 EMC

UNITED STATES OF AMERICA,
     Plaintiff,

    v.

ANITA DIXON and ERWIN MACKEY,
     Defendants.

Case No. 15-CR-043 EMC

UNITED STATES OF AMERICA,
     Plaintiff,

    v.

ERWIN MACKEY,
     Defendant.

Case No. 15-CR-138 EMC

DECLARATION OF LLOYD FARNHAM
CASE NO. 13-CR-753 EMC

1

UNITED STATES OF AMERICA,                    Case No. 15-CR-049 EMC

2
      Plaintiff,

3
    v.

4
AARON MATHEWS,
      Defendant.

5

6
UNITED STATES OF AMERICA,                    Case No. 15-CR-050 EMC

7
      Plaintiff,

8
    v.

9
NIJAH REED,
      Defendant.

10
UNITED STATES OF AMERICA,                    Case No. 15-CR-052 EMC

11
      Plaintiff,

12
    v.

13
TIANA REDDIC,
      Defendant.

14

15
UNITED STATES OF AMERICA,                    Case No. 15-CR-059 EMC

16
      Plaintiff,

17
    v.

18
TIFFANY CROSS,
      Defendant.

19
UNITED STATES OF AMERICA,                    Case No. 15-CR-070 EMC

20
      Plaintiff,

21
    v.

22
SHOLANDA ADAMS,
      Defendant.

23

24

25

26

27

28

DECLARATION OF LLOYD FARNHAM
CASE NO. 13-CR-753 EMC

I, Lloyd Farnham, declare and state as follows:

1.      I am an Assistant United States Attorney currently assigned to the General Crimes Section of the United States Attorney's Office for the Northern District of California. I do not have the authority to commence a federal prosecution. Instead, I make recommendations to my supervisors in the Section or in the Criminal Division regarding federal prosecutions. Once prosecutions are approved, I present the cases to the federal grand jury and litigate those cases in district court.

2.      I recommended federal prosecution of the following defendants Operation Safe Schools Defendants currently before this Court.

       a.      Darell Powell, CR 15-0006 EMC

       b.      Acacia McNeal, CR 15-0028 EMC

       c.      Nijah Reed, CR 15-0050 EMC

       d.      Tiana Reddic, CR 15-0052 EMC

3.      In addition to the defendants currently before this Court, I recommended federal prosecution of the following defendants as part of Operation Safe Schools.

       a.      Jahnai Carter and Andre Patterson, CR 14-0642 MMC

       b.      Ashley Pharr, CR 15-0007 CRB

       c.      Lakeysha White, CR 15-0029 EMC

       d.      Ebony Wallace, CR 15-0061 CRB

       e.      Vernon Hill, aka Kali Muhammed, CR 15-0068 CRB

       f.      William Brown, CR 15-0069 TEH

4.      For each case listed above, I recommended federal prosecution because in my review of the evidence each individual's conduct constituted a violation of 21 U.S.C. §§841(a)(1) and 860 and the admissible evidence was probably sufficient to obtain and sustain a conviction.

5.      For each case listed in numbers 2 and 3 above, I was provided an account of the individual's conduct memorialized in a Drug Enforcement Administration Form 6, surveillance video of drug buys taken by the San Francisco Police Department, and the criminal history of the defendant. I reviewed this evidence for each defendant and recommended prosecution based on my assessment of the conduct contained therein. I did not consider the defendant's race in my review of the evidence or in my

1    determination to prosecute any individual.

2         6.      The government is lodging the surveillance video for each of the above-referenced cases

3    as an attachment to this motion. I affirm that the videos provided are true and accurate copies of the

4    videos that I received from DEA and reviewed prior to recommending federal prosecution of the above-

5    listed defendants.

6         7.      After reviewing the evidence, I submitted each proposed indictment to a supervisor for

7    review.

8         8.      I submitted proposed indictments for review in the following cases to Assistant United

9    States Attorney Daniel Kaleba, who is the Deputy Chief of the General Crimes Section:

10          a.      Acacia McNeal, CR 15-0028 CRB

11          b.      Lakeysha White, CR 15-0029 EMC

12          c.      Nijah Reed, CR 15-0050 RS

13          d.      Tiana Reddic, CR 15-0052 WHA

14          e.      Ebony Wallace, CR 15-0061 CRB

15          f.      Vernon Hill, a/k/a Kali Muhammed, CR 15-0068 CRB

16          g.      William Brown, CR 15-0069 TEH

17    AUSA Kaleba approved these indictments.

18         9.      I submitted proposed indictments for review in the following cases to Assistant United

19    States Attorney Kevin Barry, who is the Chief of the General Crimes Section:

20          a.      Jahnai Carter and Andre Patterson, CR 14-0642 MMC

21          b.      Darell Powell, CR 15-0006 WHA

22          c.      Ashley Pharr, CR 15-0007 CRB

23    AUSA Barry approved these indictments.

24        10.      I did not participate in the charging decisions involving the Operation Safe Schools cases

25    that were submitted to Assistant United States Attorney Sarah Hawkins.  AUSA Hawkins did not

26    participate in the charging decisions in any Operation Safe Schools cases listed in paragraphs 2 and 3

27    that were submitted to me for review.

28        //

DECLARATION OF LLOYD FARNHAM
CASE NO. 13-CR-753 EMC                       2

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on July 16, 2015, in San Francisco, California.

3

4

5                                           _____
                                            LLOYD FARNHAM
6                                           Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    DAVID R. CALLAWAY (CABN 121782)
3   Chief, Criminal Division

4   J. DOUGLAS WILSON (DCBN 412811)
    LLOYD FARNHAM (CABN 202231)
5   SARAH K. HAWKINS (CABN 257723)
    Assistant United States Attorneys
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-6973
8       FAX: (415) 436-7027
        Lloyd.Farnham@usdoj.gov
9
    Attorneys for United States of America
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14
    UNITED STATES OF AMERICA,            Case No. 13-CR-753 EMC
15
            Plaintiff,                   **DECLARATION OF KEVIN J. BARRY
16                                       IN SUPPORT OF UNITED STATES'
        v.                               MOTION**
17
    IVAN SPEED,
18
            Defendant.
19

20  UNITED STATES OF AMERICA,            Case No. 14-CR-643 EMC
21          Plaintiff,

22      v.

    DAVID MADLOCK and MATTHEW
23  MUMPHRY,
            Defendants.
24

25  UNITED STATES OF AMERICA,            Case No. 15-CR-004 EMC
            Plaintiff,
26
        v.
27
    LATONYA CAREY,
28          Defendant.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>          v.<br>CRYSTAL ANTHONY,<br>          Defendant. | Case No. 15-CR-005 EMC |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>          v.<br>DARELL POWELL,<br>          Defendant. | Case No. 15-CR-006 EMC |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>          v.<br>DARLENE ROUSE,<br>          Defendant. | Case No. 15-CR-027 EMC |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>          v.<br>ACACIA McCNEAL,<br>          Defendant. | Case No. 15-CR-028 EMC |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>          v.<br>ANITA DIXON and ERWIN MACKEY,<br>          Defendants. | Case No. 15-CR-043 EMC |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>          v.<br>ERWIN MACKEY,<br>          Defendant. | Case No. 15-CR-138 EMC |

DECLARATION OF KEVIN J. BARRY
CASE NO. 13-CR-753 EMC

UNITED STATES OF AMERICA,                    Case No. 15-CR-049 EMC
        Plaintiff,
    v.
AARON MATHEWS,
        Defendant.

UNITED STATES OF AMERICA,                    Case No. 15-CR-050 EMC
        Plaintiff,
    v.
NIJAH REED,
        Defendant.

UNITED STATES OF AMERICA,                    Case No. 15-CR-052 EMC
        Plaintiff,
    v.
TIANA REDDIC,
        Defendant.

UNITED STATES OF AMERICA,                    Case No. 15-CR-059 EMC
        Plaintiff,
    v.
TIFFANY CROSS,
        Defendant.

UNITED STATES OF AMERICA,                    Case No. 15-CR-070 EMC
        Plaintiff,
    v.
SHOLANDA ADAMS,
        Defendant.

DECLARATION OF KEVIN J. BARRY
CASE NO. 13-CR-753 EMC

1   I, Kevin J. Barry, declare and state as follows:

2       1.   I am an Assistant United States Attorney and Chief of the General Crimes Section of the

3   United States Attorney's Office for the Northern District of California.  I have been delegated the

4   authority by the United States Attorney to commence federal prosecutions and to recommend

5   prosecutions to the federal grand jury.

6       2.   I authorized the indictment submitted to the grand jury against the following Operation

7   Safe School defendants who are members of this related action:

8           a.   David Madlock and Mathew Mumphrey, CR 14-0643 RS

9           b.   Latonya Carey, CR 15-0004 MMC

10          c.   Darell Powell, CR 15-0006 WHA.

11      3.   I also authorized the indictment submitted to the grand jury against the following

12  Operation Safe Schools defendants who are not members of this related action:

13          a.   Jahnai Carter and Andre Patterson, CR 14-0642 MMC

14          b.   Ashley Pharr, CR 15-0007 CRB.

15      4.   I authorized prosecution of these individuals because, in my review of the evidence, each

16  person's conduct constituted a federal offense under Sections 841(a)(1) and 860 of Title 21 of the United

17  States Code, and the admissible evidence in each case will probably be sufficient to obtain and sustain a

18  conviction.

19      5.   In my review of the evidence of each person's conduct identified above, I did not

20  consider the individual's race.  I was unaware of any individual's race at the time I authorized

21  prosecution to the grand jury, and I remained unaware of their race at the time the grand jury returned its

22  indictments.

23      6.   In the course of discussing with investigators the types of offenders Operation Safe

24  Schools was targeting (see below), and prior to authorizing the indictments, I recall watching two sets of

25  videos of narcotics transactions.  I do not have an independent recollection of who was featured in these

26  videos, but I have been informed that one of them involved William Brown, the defendant in CR 15-

27  0069 TEH.  I did not authorize the indictment of that defendant.  For the other transactions, the person

28

DECLARATION OF KEVIN J. BARRY
CASE NO. 13-CR-753 EMC                 1

1  depicted may later have become a defendant in Operation Safe Schools, but I do not know if that is the

2  case. I do not recall the race of the person conducting those narcotics transactions.

3       7.    Operation Safe Schools targeted persistent, recidivist, and repeat offenders selling drugs

4  near schools in the Tenderloin neighborhood of San Francisco. I advised personnel from the San

5  Francisco Police Department and the Drug Enforcement Agency of this priority before and during the

6  undercover operations. I also considered the criminal history of the charged defendants prior to

7  authorizing the indictments submitted to the grand jury. I believe that several of the charged individuals

8  in Operation Safe Schools whom I authorized for prosecution are considered Career Offenders under the

9  United States Sentencing Guidelines, as follows:

10      a.  Andre Patterson, CR 14-0642 MMC

11      b.  Darell Powell, CR 15-0006 WHA

12      c.  David Madlock, CR 14-0643 RS.

13  Two other charged individuals whom I authorized for prosecution are likely classified in Criminal

14  History Category III.

15      I declare under penalty of perjury that the foregoing factual assertions are true and correct to the

16  best of my knowledge and belief.

17      Executed on July 16, 2015, in San Francisco, California.

18

19

20  KEVIN J. BARRY
    Assistant United States Attorney

21

22

23

24

25

26

27

28

DECLARATION OF KEVIN J. BARRY
CASE NO. 13-CR-753 EMC             2

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  J. DOUGLAS WILSON (DCBN 412811)
   LLOYD FARNHAM (CABN 202231)

5  SARAH K. HAWKINS (CABN 257723)
   Assistant United States Attorneys

6

7        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
         Telephone: (415) 436-6973

8        FAX: (415) 436-7027
         Lloyd.Farnham@usdoj.gov

9

   Attorneys for United States of America

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,              Case No. 13-CR-753 EMC
15
           Plaintiff,                     **DECLARATION OF DANIEL KALEBA**
16                                        **IN SUPPORT OF UNITED STATES'**
       v.                                 **MOTION**
17
   IVAN SPEED,
18
           Defendant.
19

20 UNITED STATES OF AMERICA,              Case No. 14-CR-643 EMC

21         Plaintiff,

22     v.
   DAVID MADLOCK and MATTHEW
23 MUMPHRY,

           Defendants.
24

25 UNITED STATES OF AMERICA,              Case No. 15-CR-004 EMC

           Plaintiff,
26
       v.
27
   LATONYA CAREY,
28
           Defendant.

DECLARATION OF DANIEL KALEBA
CASE NO. 13-CR-753 EMC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>CRYSTAL ANTHONY,<br>    Defendant. | Case No. 15-CR-005 EMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>DARELL POWELL,<br>    Defendant. | Case No. 15-CR-006 EMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>DARLENE ROUSE,<br>    Defendant. | Case No. 15-CR-027 EMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>ACACIA McCNEAL,<br>    Defendant. | Case No. 15-CR-028 EMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>ANITA DIXON and ERWIN MACKEY,<br>    Defendants. | Case No. 15-CR-043 EMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>ERWIN MACKEY,<br>    Defendant. | Case No. 15-CR-138 EMC |

DECLARATION OF DANIEL KALEBA
CASE NO. 13-CR-753 EMC

UNITED STATES OF AMERICA,                    Case No. 15-CR-049 EMC
     Plaintiff,
  v.
AARON MATHEWS,
     Defendant.

UNITED STATES OF AMERICA,                    Case No. 15-CR-050 EMC
     Plaintiff,
  v.
NIJAH REED,
     Defendant.

UNITED STATES OF AMERICA,                    Case No. 15-CR-052 EMC
     Plaintiff,
  v.
TIANA REDDIC,
     Defendant.

UNITED STATES OF AMERICA,                    Case No. 15-CR-059 EMC
     Plaintiff,
  v.
TIFFANY CROSS,
     Defendant.

UNITED STATES OF AMERICA,                    Case No. 15-CR-070 EMC
     Plaintiff,
  v.
SHOLANDA ADAMS,
     Defendant.

DECLARATION OF DANIEL KALEBA
CASE NO. 13-CR-753 EMC

1    I, Daniel Kaleba, declare and state as follows:

2        1.    I am an Assistant United States Attorney and Deputy Chief of the General Crimes

3    Section of the United States Attorney's Office for the Northern District of California.  I have been

4    delegated the authority by the United States Attorney to commence federal prosecutions, and to

5    recommend prosecutions to the federal grand jury.

6        2.    I authorized the indictment submitted to the grand jury against the following Operation

7    Safe Schools defendants who are members of this related action:

8            a.    Crystal Anthony, CR 15-0005 EMC

9            b.    Darlene Rouse, CR 15-0027 EMC

10           c.    Acacia McNeal, CR 15-0028 EMC

11           d.    Anita Dixon and Erwin Mackey, CR 15-0043 EMC

12           e.    Aaron Mathews, CR 15-0049 EMC

13           f.    Nijah Reed, CR 15-0050 EMC

14           g.    Tiana Reddic, CR 15-0052 EMC

15           h.    Tiffany Cross, CR 15-0059 EMC

16           i.    Sholanda Adams, CR 15-0070 EMC

17       3.    I also authorized the indictment submitted to the grand jury against the following

18   Operation Safe Schools defendants who are not members of this related action:

19           a.    Irisha Smith, CR 14-0641 WHA

20           b.    Lakeysha White, CR 15-0029 EMC

21           c.    Hobert Lee, CR 15-0056 EMC

22           d.    Ebony Wallace, CR 15-0061 CRB

23           e.    William Brown, CR 15-0069 TEH

24           f.    Vernon Hill, A/K/A Kali Muhammad, CR 15-0068 CRB

25       4.    I authorized prosecution of these individuals because, in my review of the evidence, each

26   person's conduct constituted a federal offense under Sections 841(a)(1) and 860 of Title 21 of the United

27   States Code, and the admissible evidence in each case will probably be sufficient to obtain and sustain a

28   conviction.

DECLARATION OF DANIEL KALEBA
CASE NO. 13-CR-753 EMC                                    1

5.    In my review of the evidence of each person's conduct identified above, I did not consider the individual's race. I did not see any surveillance video related to these cases prior to authorizing the indictments. I was unaware of any individual's race at the time I authorized prosecution to the grand jury, and remained unaware at the time the grand jury returned its indictments.

6.    Operation Safe Schools targeted persistent, recidivist, and repeat offenders selling drugs near schools in the Tenderloin neighborhood of San Francisco. I advised personnel from the San Francisco Police Department and the Drug Enforcement Agency of this priority before and during the undercover operations. I also considered the criminal history of the charged defendants prior to authorizing the indictment submitted to the grand jury. I believe that a majority of the charged defendants whom I recommended for prosecution are considered Career Offenders under the United States Sentencing Guidelines, as follows:

    a.    Crystal Anthony, CR 15-0005 EMC

    b.    Acacia McNeal, CR 15-0028 EMC

    c.    Anita Dixon, CR 15-0043 EMC

    d.    Erwin Mackey, CR 15-0043 EMC

    e.    Aaron Mathews, CR 15-0049 EMC

    f.    Nijah Reed, CR 15-0050 EMC

    g.    Tiana Reddic, CR 15-0052 EMC

    h.    Tiffany Cross, CR 15-0059 EMC

    i.    Ebony Wallace, CR 15-0061 CRB

I declare under penalty of perjury that the foregoing factual assertions are true and correct to the best of my knowledge and belief.

Executed on July _16_ , 2015, in San Francisco, California.

DANIEL KALEBA
Assistant United States Attorney

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  J. DOUGLAS WILSON (DCBN 412811)
   LLOYD FARNHAM (CABN 202231)
5  SARAH K. HAWKINS (CABN 257723)
   Assistant United States Attorneys
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-6973
8       FAX: (415) 436-7027
        Lloyd.Farnham@usdoj.gov
9
   Attorneys for United States of America
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,              Case No. 13-CR-753 EMC
15
            Plaintiff,                    **DECLARATION OF S. WAQAR HASIB**
16                                        **IN SUPPORT OF UNITED STATES'**
        v.                                **MOTION**
17
   IVAN SPEED,
18
            Defendant.
19

20 UNITED STATES OF AMERICA,              Case No. 14-CR-643 EMC

21          Plaintiff,

22      v.

23 DAVID MADLOCK and MATTHEW
   MUMPHRY,
            Defendants.
24

25 UNITED STATES OF AMERICA,              Case No. 15-CR-004 EMC

26          Plaintiff,

27      v.

28 LATONYA CAREY,
            Defendant.

   DECLARATION OF S. WAQAR HASIB
   CASE NO. 13-CR-753 EMC

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-005 EMC |
|     Plaintiff, | |
|     v. | |
| CRYSTAL ANTHONY, | |
|     Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-006 EMC |
|     Plaintiff, | |
|     v. | |
| DARELL POWELL, | |
|     Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-027 EMC |
|     Plaintiff, | |
|     v. | |
| DARLENE ROUSE, | |
|     Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-028 EMC |
|     Plaintiff, | |
|     v. | |
| ACACIA McCNEAL, | |
|     Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-043 EMC |
|     Plaintiff, | |
|     v. | |
| ANITA DIXON and ERWIN MACKEY, | |
|     Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-138 EMC |
|     Plaintiff, | |
|     v. | |
| ERWIN MACKEY, | |
|     Defendant. | |

1

UNITED STATES OF AMERICA,                    Case No. 15-CR-049 EMC

2
        Plaintiff,

3           v.

AARON MATHEWS,
4
        Defendant.

5

UNITED STATES OF AMERICA,                    Case No. 15-CR-050 EMC
6
        Plaintiff,

7           v.

8   NIJAH REED,
        Defendant.

9

10  UNITED STATES OF AMERICA,                    Case No. 15-CR-052 EMC

11          Plaintiff,

12          v.

TIANA REDDIC,

13          Defendant.

14

15  UNITED STATES OF AMERICA,                    Case No. 15-CR-059 EMC

        Plaintiff,
16
            v.

17  TIFFANY CROSS,

        Defendant.
18

19  UNITED STATES OF AMERICA,                    Case No. 15-CR-070 EMC

20          Plaintiff,

21          v.

SHOLANDA ADAMS,
22
        Defendant.

23

24

25

26

27

28

I, S. Waqar Hasib, declare and state as follows:

1.     I am an Assistant United States Attorney and have so been since 2004, first in the District of Massachusetts, and then in the Northern District of California, where I am currently assigned to the Special Prosecutions and National Security Unit.  From approximately April of 2012 until January of 2015, I was the Deputy Chief of the Narcotics/Organized Crime Drug Enforcement Task Force (OCDETF) Unit of the United States Attorney's Office for the Northern District of California.  My direct supervisor at that time was Assistant United States Attorney Barbara Silano, who was the Chief of the Narcotics/OCDETF Unit.  On several occasions, when AUSA Silano[1] was unable to perform her duties due to medical and other reasons, she appointed me as her Acting Chief.  In my capacity as both Deputy Chief and Acting Chief, I was delegated the authority by the United States Attorney, and, in turn, by AUSA Silano, to commence federal prosecutions and to recommend prosecutions to the federal grand jury.

2.     I have lived in the city of San Francisco periodically since approximately 1987.  I went to law school at the University of California, Hastings College of Law in the Tenderloin District of San Francisco from 2001 to 2004.  In 2003 and 2004, I lived in the Tenderloin.  Since joining the United States Attorney's Office for the Northern District of California in 2007, I have worked in the Tenderloin.  Based on these cumulative experiences, I know the Tenderloin to be a small, compact neighborhood where a disproportionately high percentage of low-income families reside.  I also know the Tenderloin to be a neighborhood with a disproportionately high crime rate, particularly drug crimes.

3.     Operation Safe Schools was my idea.  The purpose of the operation was to aggressively prosecute drug dealers around schools and playgrounds in the Tenderloin district, in an effort to create a sustainable, long-term improvement in the lives of the many underprivileged children and families residing in and going to school in the neighborhood.  I proposed the operation after learning, among other things, that: 27.4% of Tenderloin residents in 2011 lived below the poverty line, compared with 11.3% for the rest of the city; the median income in 2011 for the Tenderloin was $25,471, compared to $70,770 citywide; 21.8% of Tenderloin residents in 2011 spoke little or no English, compared with

---

[1] AUSA Silano has since passed away.

DECLARATION OF S. WAQAR HASIB
CASE NO. 13-CR-753 EMC                                          1

13.1% citywide; and population density in the Tenderloin in 2011 was over 4 times the citywide average.   In addition, while precise numbers were difficult to confirm in 2011, estimates suggested there were over 3,500 children residing in the Tenderloin.  Against this demographic backdrop, I also learned from neighborhood crime statistics that there had been over 350 drug crimes committed in the Tenderloin in just the first four months of 2011, a crime rate that was roughly consistent with previous years.

4.        In my capacity as Deputy Chief and Acting Chief of the Narcotics/OCDETF Unit, I authorized indictments submitted by AUSAs in my unit charging numerous defendants under the rubric of Operation Safe Schools.  I authorized prosecution of these individuals because it appeared to me that each person's conduct constituted a federal offense under Sections 841(a)(1) and 860 of Title 21 of the United States Code, and that the admissible evidence in each case was sufficient to obtain and sustain a conviction.  In authorizing these indictments, at no time did I consider the individual's race as a factor in prosecution.  Indeed, in the large majority of these cases, I was entirely unaware of any particular individual's race when I authorized presentation to the grand jury.

5.        In addition to authorizing indictments in my capacity as Deputy Chief and Acting Chief, I also personally handled cases against numerous defendants under the rubric of Operation Safe Schools.  One of those defendants, Ivan Speed, is the subject of the instant litigation.  In considering whether to prosecute Speed, I recall reviewing a video showing defendant Speed selling cocaine base to a cooperating witness within 1,000 feet of a school.  I recall basing my decision to prosecute defendant Speed on the quality of that video.[2]  At no time did I consider defendant Speed's race as a factor in whether to prosecute.

6.        Operation Safe Schools was first implemented under my supervision both in the Tenderloin, and in other neighborhoods around the Bay Area experiencing similar problems.  As part of this implementation, I discussed with law enforcement personnel from the Drug Enforcement Administration, the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, Firearms and Explosives, the Oakland Police Department, and the San Francisco Police Department that they were to

---

[2] Speed was also charged at that time by another AUSA in a separate case for being a felon in possession of a firearm. *See United States v. Speed*, 14-CR-119-EMC

DECLARATION OF S. WAQAR HASIB
CASE NO. 13-CR-753 EMC                                2

1   target recidivist, repeat offenders who were selling drugs near schools.  In particular, I discussed with

2   them that one of the most important factors in my decision to prosecute and to authorize prosecution was

3   the criminal history of the targeted defendants.  At no time did I advise law enforcement personnel to

4   take race into consideration when targeting defendants.  I know that several of the defendants in

5   Operation Safe Schools whom I either prosecuted myself or authorized for prosecution potentially

6   qualified for Career Offender status under the United States Sentencing Guidelines.  This includes

7   defendant Speed.

8        I declare under penalty of perjury that the foregoing factual assertions are true and correct to the

9   best of my knowledge and belief.

10       Executed on July 16 , 2015, in San Francisco, California.

11

12

13                                           S. WAQAR HASIB

14                                           Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28