# Exhibit 2

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
LLOYD FARNHAM (CABN 202231)
SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7027
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID MADLOCK, <br> MATTHEW MUMPHREY, <br> LATONYA CAREY, <br> CRYSTAL ANTHONY, <br> DARLENE ROUSE, <br> ACACIA MCNEAL, <br> ANITA DIXON, <br> AARON MATTHEWS, <br> NIJAH REED, <br> TIANA REDDIC, <br> TIFFANY CROSS, <br> SHOLANDA ADAMS, <br><br> Defendants. | NO. CR 14-643 EMC <br><br> SUPPLEMENTAL DECLARATION OF LLOYD FARNHAM IN SUPPORT OF UNITED STATES' OPPOSITION TO MOTION TO COMPEL DISCOVERY |

I, Lloyd Farnham, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. This declaration supplements a declaration previously filed in this matter on July 16, 2015.

2. I began receiving information about particular cases that became part of Operation Safe Schools in early December of 2014. Beginning at that time, agents with the Drug Enforcement Agency and task force officers working with the DEA gave me information regarding potential cases. For each Operation Safe Schools case I evaluated for prosecution, I received reports prepared by officers and agents, criminal history reports for the suspects, and video recordings of the narcotics transactions.

3. I received information about each potential case over the course of about six weeks during December 2014 and January 2015. Within a few days after I received the information about a particular incident, I reviewed the information and determined whether to make a recommendation to prosecute each case. I then presented each case to my supervisors, AUSA Kevin Barry or AUSA Daniel Kaleba, for their review. In presenting each case, I did not discuss or describe the race of the suspect. After each case was approved by my supervisors, I presented these cases to the grand jury for indictment starting on December 18, 2014, and ending on January 29, 2015.

4. Before the selective prosecution allegation was raised in these cases, I never discussed the race of any suspect with agents or officers involved in the operation. I never instructed agents or officers to target any person based on race or to take race into consideration in selecting targets to investigate. I never heard or saw any information that led me to suspect that any decisions made by anyone during the investigation were based on race.

5. I viewed some of the videos relating to Operation Safe Schools cases that were handled by Assistant United States Attorney Sarah Hawkins, but I did not see all of them. I also did not review the information for all the cases that AUSA Hawkins evaluated, and I did not know the race of all of the suspects that AUSA Hawkins was evaluating for prosecution.

//

//

//

SUPPLEMENTAL DECLARATION OF LLOYD FARNHAM
CASE NO. 14-CR-643 EMC                                                        1

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed on March 11, 2016, in San Francisco, California.

*[signature]*
LLOYD FARNHAM
Assistant United States Attorney

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
LLOYD FARNHAM (CABN 202231)
SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    FAX: (415) 436-7027
    Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID MADLOCK,<br>MATTHEW MUMPHREY,<br>LATONYA CAREY,<br>CRYSTAL ANTHONY,<br>DARLENE ROUSE,<br>ACACIA MCNEAL,<br>ANITA DIXON,<br>AARON MATTHEWS,<br>NIJAH REED,<br>TIANA REDDIC,<br>TIFFANY CROSS,<br>SHOLANDA ADAMS,<br><br>    Defendants. | NO. CR 14-643 EMC<br><br>SUPPLEMENTAL DECLARATION OF SARAH HAWKINS IN SUPPORT OF UNITED STATES' OPPOSITION TO MOTION TO COMPEL DISCOVERY |

SUPPLEMENTAL DECLARATION OF SARAH HAWKINS
CASE NO. 14-CR-643 EMC

I, Sarah Hawkins, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. This declaration supplements a declaration previously filed in this matter on July 16, 2015.

2. I began receiving information about particular cases that became part of Operation Safe Schools in early December of 2014. Beginning at that time, agents with the Drug Enforcement Agency and task force officers working with the DEA gave me information regarding potential cases. For each Operation Safe Schools case I evaluated for prosecution, I received reports prepared by officers and agents, criminal history reports for the suspects, and video recordings of the narcotics transactions.

3. I received information about each potential case over the course of about six weeks during December 2014 and January 2015. Within a few days after I received the information about a particular incident, I reviewed the information and determined whether to make a recommendation to prosecute each case. I then presented each case to my supervisors, AUSA Kevin Barry or AUSA Daniel Kaleba, for their review. In presenting each case, I did not discuss or describe the race of the suspect. After each case was approved by my supervisors, I presented these cases to the grand jury for indictment starting on December 18, 2014, and ending on January 29, 2015.

4. Before the selective prosecution allegation was raised in these cases, I never discussed the race of any suspect with agents or officers involved in the operation. I never instructed agents or officers to target any person based on race or to take race into consideration in selecting targets to investigate. I never heard or saw any information that led me to suspect that any decisions made by anyone during the investigation were based on race.

5. I viewed some of the videos relating to Operation Safe Schools cases that were handled by Assistant United States Attorney Lloyd Farnham, but I did not see all of them. I also did not review the information for all the cases that AUSA Farnham evaluated, and I did not know the race of all of the suspects that AUSA Farnham was evaluating for prosecution.

//
//
//

SUPPLEMENTAL DECLARATION OF SARAH HAWKINS
CASE NO. 14-CR-643 EMC                                                        1

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on March 11, 2016, in San Francisco, California.

_____
SARAH HAWKINS
Assistant United States Attorney

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
LLOYD FARNHAM (CABN 202231)
SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7027
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 14-643 EMC |
|     Plaintiff, | ) |
| v. | ) SUPPLEMENTAL DECLARATION OF KEVIN J. BARRY IN SUPPORT OF UNITED STATES' OPPOSITION TO MOTION TO COMPEL DISCOVERY |
| DAVID MADLOCK, MATTHEW MUMPHREY, LATONYA CAREY, CRYSTAL ANTHONY, DARLENE ROUSE, ACACIA MCNEAL, ANITA DIXON, AARON MATTHEWS, NIJAH REED, TIANA REDDIC, TIFFANY CROSS, SHOLANDA ADAMS, | ) |
|     Defendants. | ) |

SUPPLEMENTAL DECLARATION OF KEVIN J. BARRY
CR 14-0643 EMC

I, Kevin J. Barry, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I am currently assigned to the Strike Force / Violent Crime Section of the office. My previous assignment was Chief of the General Crimes Section. In that capacity, I authorized indictments submitted by AUSAs in my unit charging numerous defendants as part of the second phase of Operation Safe Schools. This declaration supplements a declaration previously filed in this matter on July 16, 2015.

2. I met with Drug Enforcement Agency Special Agent Charles Atakora and officers with the San Francisco Police Department and discussed videotaping drug sales, with the videos to be used as trial evidence in support of the Safe Schools prosecutions. I never instructed any DEA agent or SFPD officer at any time to videotape any particular person or persons of any particular race or ethnicity. I did not tell law enforcement personnel, including agents and officers from the Drug Enforcement Administration and the San Francisco Police Department, to take race into consideration when targeting defendants, and I did not take race into account when authorizing indictments.

3. The United States Attorney's Office intended that Operation Safe Schools would continue after the phase two arrests in February 2015. The United States Attorney's Office decided to suspend new Operation Safe Schools prosecutions after the Federal Public Defender advised the Office in March 2015 that some defendants would claim that law enforcement officers and the government engaged in racial discrimination during Operation Safe Schools. Had defendants not claimed racial discrimination, the United States Attorney's Office would have pursued additional Operation Safe Schools efforts in the Tenderloin and other neighborhoods in San Francisco to prosecute in federal court persons dealing drugs near schools or where children gather.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2016, in San Francisco, California.

KEVIN J. BARRY
Assistant United States Attorney

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
LLOYD FARNHAM (CABN 202231)
SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7027
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-643 EMC |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF DANIEL KALEBA IN SUPPORT OF UNITED STATES' OPPOSITION TO MOTION TO COMPEL DISCOVERY |
| v. | |
| DAVID MADLOCK, MATTHEW MUMPHREY, LATONYA CAREY, CRYSTAL ANTHONY, DARLENE ROUSE, ACACIA MCNEAL, ANITA DIXON, AARON MATTHEWS, NIJAH REED, TIANA REDDIC, TIFFANY CROSS, SHOLANDA ADAMS, | |
| Defendants. | |

SUPPLEMENTAL DECLARATION OF DANIEL KALEBA
CASE NO. 14-CR-643 EMC

I, Daniel Kaleba, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. This declaration supplements a declaration previously filed in this matter on July 16, 2015.

2. I met with Drug Enforcement Agency Special Agent Charles Atakora and officers with the San Francisco Police Department about obtaining video of drug sales to be used as trial evidence in support of the Safe Schools prosecutions. I never instructed any DEA agent or SFPD officer at any time to videotape any particular person or persons of any particular race or ethnicity.

3. The United States Attorney's Office intended that Operation Safe Schools would continue after the phase two arrests in February, 2015. The United States Attorney's Office decided to temporarily cease new Operation Safe Schools prosecutions after the Federal Public Defender advised the Office in March, 2015 that certain defendants would claim that law enforcement officers and the government engaged in racial discrimination during Operation Safe Schools. If defendants had not claimed racial discrimination during Operation Safe Schools, the United States Attorney's Office would have pursued additional Operation Safe Schools efforts in the Tenderloin and other neighborhoods in San Francisco to prosecute in federal court persons dealing drugs near schools or where children gather.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2016, in San Francisco, California.

*(signature)*
DANIEL KALEBA
Assistant United States Attorney

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
LLOYD FARNHAM (CABN 202231)
SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7027
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-643 EMC |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF S. WAQAR HASIB IN SUPPORT OF UNITED STATES' OPPOSITION TO MOTION TO COMPEL DISCOVERY |
| v. | |
| DAVID MADLOCK, MATTHEW MUMPHREY, LATONYA CAREY, CRYSTAL ANTHONY, DARLENE ROUSE, ACACIA MCNEAL, ANITA DIXON, AARON MATTHEWS, NIJAH REED, TIANA REDDIC, TIFFANY CROSS, SHOLANDA ADAMS, | |
| Defendants. | |

SUPPLEMENTAL DECLARATION OF S. WAQAR HASIB
CASE NO. 14-CR-643 EMC

I, S. Waqar Hasib, declare and state as follows:

1. I am an Assistant United States Attorney in the Northern District of California, where I am currently assigned to the Special Prosecutions and National Security Unit. From approximately April of 2012 until January of 2015, I was the Deputy Chief of the Narcotics/Organized Crime Drug Enforcement Task Force (OCDETF) Unit of the United States Attorney's Office for the Northern District of California. In that capacity, I was delegated the authority by the United States Attorney to commence federal prosecutions and to recommend prosecutions to the federal grand jury. This declaration supplements a declaration previously filed in this matter on July 16, 2015.

2. In my capacity as Deputy Chief of the Narcotics/OCDETF Unit, I authorized indictments submitted by Assistant United States Attorneys in my unit charging numerous defendants under the rubric of Operation Safe Schools. I authorized prosecution of these individuals because it appeared to me that each person's conduct constituted a federal offense under Sections 841(a)(1) and 860 of Title 21 of the United States Code, and that the admissible evidence in each case was sufficient to obtain and sustain a conviction. In particular, every case that I authorized included a videotaped drug deal involving the individual. In authorizing these indictments, at no time did I consider the individual's race as a factor in prosecution. Indeed, in the large majority of these cases, I was entirely unaware of any particular individual's race when I authorized presentation to the grand jury.

3. During Operation Safe Schools, I did not tell law enforcement personnel, including agents and officers from the Drug Enforcement Administration and the San Francisco Police Department, to take race into consideration when targeting defendants.

4. During Operation Safe Schools, several Tenderloin drug cases were presented to me that I ultimately declined because the evidence was insufficient. Typically I declined these cases because the video recording did not clearly identify the individual who sold drugs.

5. There was no policy in the United States Attorney's Office that was used to accept Operation Safe Schools cases for prosecution, other than the United States Attorney's Manual, which clearly states that a person's race should not be considered in determining whether to recommend prosecution. U.S.A.M. 9-27.260. Had I reviewed each Safe Schools case presented to me to determine the racial background of each defendant, and then either declined particular cases because a defendant

was African-American, or instructed law enforcement to target additional individuals who were not African-American, as the Federal Public Defender's motion suggests I should have done, I would have been clearly discriminating on the basis of race and plainly violating U.S.A.M. 9-27.260.

I declare under penalty of perjury that the foregoing factual assertions are true and correct to the best of my knowledge and belief.

Executed on March 11, 2016, in San Francisco, California.

S. WAQAR HASIB
Assistant United States Attorney

SUPPLEMENTAL DECLARATION OF S. WAQAR HASIB
CASE NO. 14-CR-643 EMC                    2

1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  J. DOUGLAS WILSON (DCBN 412811)
   LLOYD FARNHAM (CABN 202231)
5  SARAH K. HAWKINS (CABN 257723)
   Assistant United States Attorneys
6
7      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-6973
8      FAX: (415) 436-7027
       Lloyd.Farnham@usdoj.gov
9
   Attorneys for United States of America
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,             )  NO. CR 14-643 EMC
15                                       )
         Plaintiff,                      )  DECLARATION OF
16                                       )  MATTHEW L. McCARTHY IN SUPPORT OF
      v.                                 )  UNITED STATES' OPPOSITION TO
17                                       )  MOTION TO COMPEL DISCOVERY
   DAVID MADLOCK,                        )
18 MATTHEW MUMPHREY,                     )
   LATONYA CAREY,                        )
19 CRYSTAL ANTHONY,                      )
   DARLENE ROUSE,                        )
20 ACACIA MCNEAL,                        )
   ANITA DIXON,                          )
21 AARON MATTHEWS,                       )
   NIJAH REED,                           )
22 TIANA REDDIC,                         )
   TIFFANY CROSS,                        )
23 SHOLANDA ADAMS,                       )
                                         )
24       Defendants.                     )
                                         )
25 _____ )

26
27
28

DECLARATION OF MATTHEW L. MCCARTHY
CASE NO. 14-CR-643 EMC

I, Matthew L. McCarthy, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California.

2. In November of 2013, I served as the Acting Deputy Chief of the Narcotics/OCDETF section of the United States Attorney's Office. In that capacity, I reviewed and approved approximately 3-4 indictments submitted for review by AUSA Waqar Hasib in connection with Operation Safe Schools.

3. In reviewing those indictments, I did not consider the race of the proposed defendants in any way. AUSA Hasib's prosecution memoranda did not mention the race of the proposed defendants, and I did not review video or photographs of those defendants. I reviewed those proposed indictments to determine if they met our intake guidelines for that Operation. I determined that the proposed indictments met our guidelines, and therefore approved them.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 11, 2016, in San Francisco, California.

MATTHEW L. McCARTHY
Assistant United States Attorney