# Exhibit 3

I, Katie Dorais, declare as follows:

1. I am a Special Agent of the Drug Enforcement Administration and have been so since 2003, first in the Eastern District of California, and currently in the Northern District of California
2. In 2013, was assigned by my Group Supervisor to take the lead investigator role in Operation Safe Schools. Throughout the operation I worked closely with Assistant United States Attorney (AUSA) Waqar Hasib. The purpose of the operation was to aggressively prosecute drug dealers around schools and playgrounds in the Tenderloin neighborhood in an effort to create a sustainable, long term improvement in the lives of children and families who reside in the Tenderloin neighborhood. We focused on repeat offenders and/or known drug traffickers who were selling drugs near schools in the Tenderloin.
3. At no time did I consider race during either phase of Operation Safe Schools. In addition, I was not instructed by any Assistant United States Attorney to consider race during the investigation. I did not direct any law enforcement officer to take race into consideration while working on this operation.
4. Between August of 2013 and December of 2013 our team conducted twenty buy/walk Operations. Of the twenty buy/walk Operations, fourteen individuals were indicted and arrested. AUSA Waqar Hasib and I looked at the evidence on each defendant and determined that the evidence on six individuals was not sufficient for federal prosecution. The determination to arrest and charge the defendants in Safe Schools depended on the strength of the evidence.

I declare under penalty of perjury that the foregoing factual assertions are true and correct to the best of my knowledge and belief.

*Katie Dorais*

Executed on March __4__, 2016, in San Francisco, California.

I, Charles Atakora, declare and state as follows:

1. I am a Special Agent with the Drug Enforcement Administration assigned to the San Francisco Field Division. In 2013 Group Supervisor Katie Dorais assigned me to the Operation Safe Schools as the Case Agent. I coordinated the investigations, collected evidence and presented twenty three cases to the United States Attorney's Office. The United States Attorney's Office then presented the evidence to the grand jury which resulted in twenty three indictments. I did not present any defendants for prosecution that were not accepted by the prosecutors.

2. During the investigations law enforcement officials (San Francisco Police Department and Drug Enforcement Administration) focused investigative efforts on repeat offenders, prior arrestees, and/or known narcotic dealers in the Tenderloin District of San Francisco that were conducting narcotic transactions near schools. Race was not a factor considered during the investigative process. I did not consider race during the investigative process, and I am not aware of any investigator or prosecutor considering race during Operation Safe Schools. In addition, I was not told by any Assistant United States Attorney to consider race during the Operation Safe Schools investigation, and I never instructed any DEA agent or San Francisco Police Officer to consider the race of any suspect or individual. Race was not discussed by my supervisor or any member of the United States Attorney's Office.

3. During this investigation, law enforcement officers operated in an undercover capacity to purchase narcotics from known traffickers in the Tenderloin district of San Francisco within 1,000 feet of a school. In some cases, law enforcement officers observed and recorded suspected narcotics transactions, then shortly afterward detained the person who purchased the narcotics and recovered the narcotics that were purchased in the observed transaction.

I declare under penalty of perjury that the foregoing factual assertions are true and correct to the best of my knowledge and belief.

Executed on March 3, 2016 in San Francisco, California.